DATE:  November 5, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Tecquin Darkeem Moore, s/k/a
   Tecquin Dakeem Moore*
   v. *Commonwealth of Virginia*
   Record No. 0715-24-3
   Opinion rendered by Chief Judge Decker on
   August 26, 2025

2. *Yahsim Tremaine Williams*
   v. *Commonwealth of Virginia*
   Record No. 0545-24-2
   Opinion rendered by Judge Raphael on
   September 16, 2025

3. *Curtis David Lytle*
   v. *City of Suffolk*
   Record No. 1655-24-1
   Opinion rendered by Judge Friedman on
   September 16, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Wei Zeng, et al.*
   v. *Charles Wang*
   Record No. 0523-23-4
   Opinion rendered by Judge Friedman
     on October 8, 2024
   Refused (241117)

2. *Mazie Green*
   v. *Portfolio Recovery Associates, LLC*
   Record No. 0144-22-3
   En banc opinion rendered by Judge Malveaux
     on December 17, 2024
   Refused (250132)

3. *Ray W. Mettetal, Jr., M.D.*
   v. *Virginia Board of Medicine*
   Record No. 1142-23-2
   Opinion rendered by Judge Clements
     on December 30, 2024
   Refused (250087)

4. *MAD Properties, LLC, et al.*
   v. *County of Augusta*
   Record No. 1381-23-2
   Opinion rendered by Judge Athey
     on December 30, 2024
   Refused (250093)

5. *Michael Timothy Johnson*
   v. *Commonwealth of Virginia*
   Record No. 0743-23-4
   Opinion rendered by Judge Chaney
     on January 7, 2025
   Refused (250098)

6. *Shjon Michael Stamps*
   v. *Commonwealth of Virginia*
   Record No. 0259-24-1
   Opinion rendered by Judge Raphael
     on February 18, 2025
   Refused (250214)

7. *Travis Tremaine Williams*
    v. *Commonwealth of Virginia*
    Record No. 1923-23-2
    Opinion rendered by Judge Lorish
       on March 4, 2025
    Refused (250180)

8. *Dawn Lewis Williams*
    v. *Commonwealth of Virginia*
    Record No. 1201-22-2
    En banc Opinion rendered by Judge AtLee
       on March 18, 2025
    Refused (250330)

9. *James Thomas Curry*
    v. *Commonwealth of Virginia*
    Record No. 1947-23-2
    Opinion rendered by Chief Judge Decker
       on April 1, 2025
    Refused (250377)

10. *Dannette Veronica Perkins*
    v. *Commonwealth of Virginia*
    Record No. 0241-24-4
    Opinion rendered by Judge Chaney
       on April 22, 2025
    Refused (250445)